Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0017

A.G. Sheik A.B.A. Imhotep El ex rel. Costillo A. Johnson v. Cleophus J.R. Gaines (Appeal from Montgomery Circuit Court: CV-23-255).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.